## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METARAIL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-1116-GBW ) ) |
| GOOGLE LLC, | ) ) |
| Defendant. | ) |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly held company. No publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Gregory F. Corbett | David E. Moore (#3983) |
| Charles T. Steenburg | Bindu A. Palapura (#5370) |
| Marie A. McKiernan | Andrew M. Moshos (#6685) |
| Jie Xiang | Hercules Plaza, 6th Floor |
| WOLF, GREENFIELD & SACKS, P.C. | 1313 N. Market Street |
| 600 Atlantic Avenue | Wilmington, DE 19801 |
| Boston, MA 02210 | Tel: (302) 984-6000 |
| Tel: (617) 646-8000 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Elizabeth A. DiMarco | amoshos@potteranderson.com |
| John W. McGrath | |
| WOLF, GREENFIELD & SACKS, P.C. | *Attorneys for Defendant Google LLC* |
| 601 Massachusetts Avenue, NW | |
| Washington, DC 20001 | |
| Tel: (202) 571-5001 | |

Dated: December 15, 2023
11213806 / 12599.00061